IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES A. LEWIS,
    Plaintiff-Appellant,

v.

CHAD HENNEMAN, et al,
    Defendant-Respondents.

Western District
Case No. 16-CV-733

## NOTICE OF APPEAL

Notice is hereby given that the plaintiff-appellant, James A. Lewis, in the above-captioned case hereby appeal to the UNITED STATES COURT of APPEAL for the SEVENTH CIRCUIT from the court Order GRANTING the defendant's motion for summary judgment; DENYING the plaintiff's Motion for Reconsideration; and DENYING the plaintiff's motion for assistance with the recruitment of counsel. The Final Order and Opinion entered in this action was on May 24, 2018

Signed and dated this 20th day of June, 2018

*James Lewis*
James A. Lewis #486324
WSPF
P.O. Box 1000
Boscobel, WI 53805